UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. W. A., | Case No.  24-cv-08436-EKL |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| LINKEDIN CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to 24-cv-06832-EJD.

**IT IS SO ORDERED.**

Dated: January 2, 2025

_____
EUMI K. LEE
United States District Judge