**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W.A., individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>   v.<br><br>LINKEDIN CORPORATION,<br><br>                     Defendant. | Case No. 5:24-cv-08436-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff L.W.A. hereby voluntarily dismisses the above-captioned action without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: February 12, 2026.                **BURSOR & FISHER, P.A**.

                                         By:     */s/ Sarah N. Westcot*
                                                  Sarah N. Westcot

                                         Sarah N. Westcot (State Bar No. 264916)
                                         701 Brickell Ave., Suite 2100
                                         Miami, FL 33131-2800
                                         Telephone: (305) 330-5512
                                         Facsimile:  (305) 676-9006
                                         Email: swestcot@bursor.com

                                         *Counsel for Plaintiff*